Thomas H. Runyan and Robert Kucharski, defendants in error, v. Federal Paving Company, plaintiff in error. Gen. No. 7,252.

Suit to enforce lien for work performed under contract for public improvement, brought by sub-contractor against principal contractor. Decree by default against defendant and one of plaintiffs. Error to the Circuit Court of Stephenson county; the Hon. F. J. Stransky, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1923.

Douglas Pattison and Ray T. Luney, for plaintiff in error. John L. Brearton, for defendants in error.

Mr. Justice Jones delivered the opinion of the court.

---

Charles C. Shrimplin, administrator of the estate of Hanibal W. Shrimplin, deceased, appellant, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellee. Gen. No. 7,255.

Action for death by wrongful act. Judgment for defendant on demurrer. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924. Rehearing denied October 8, 1924.

Wendell P. Kay and Claude N. Saum, for appellant. Free P. Morris and Roscoe C. South, for appellee; L. J. Hackney and H. N. Quigley, of counsel.

Mr. Justice Jones delivered the opinion of the court.

---

Eva May Ketterer, by her next friend, Charles Ketterer, appellant, v. St. Louis, Springfield & Peoria Railroad, appellee. Gen. No. 7,258.

Personal injury suit. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John Niehaus, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924.

Harold R. Schradzki, for appellant. Burton & Hamilton, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Charles Herbert Leavitt, appellee, v. Rockford City Traction Company, appellant. Gen. No. 7,263.

Personal injury suit by rider in automobile, arising out of collision with street car. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924.

Fisher, North, Linscott & Gibboney, for appellant. J. E. Goembel and Roy F. Hall, for appellee.

Mr. Justice Jones delivered the opinion of the court.